United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **TSEWANG D.,** | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL NO. 1:25-CV-275** |
| | § | |
| **JOHN DOE** | § | |
| **and** | § | |
| **MIGUEL VERGARA** | § | |
| **and** | § | |
| **TODD LYONS** | § | |
| **and** | § | |
| **KRISTI NOEM,** | § | |
| **Respondents.** | § | |

## ORDER TO PROVIDE STATUS UPDATE

To facilitate review of this petition, it is **ORDERED** that the Government shall provide an update on Petitioner's detention along with any available documentation relevant to that update. Items to address include but are not limited to 1) custody-review determinations, 2) the status of Petitioner's removal period, 3) Government action regarding Petitioner's continued detention, 4) the timeframe for when Petitioner is to be removed from the United States, 5) the current location of Petitioner, and 6) efforts Petitioner made to address his detention through administrative channels. If the requisite custody review (including the 180-day POCR review) has not been performed, the Government shall explain why. This update shall be provided **no later than May 21, 2026.**

The Court will not construe Respondents' filing of a status update pursuant to this order as a notice of appearance, an answer, or as any responsive pleading.

The Clerk of Court is **DIRECTED** to deliver copies of the most recent petition and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on May 18, 2026.

Karen Betancourt
United States Magistrate Judge